JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL -1 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 766

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING LISSIE NIELSEN

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE JULY 28, 1988 HEARING

This matter is before the Panel pursuant to a motion, under 28 U.S.C. §1407, to transfer the California action listed on the attached Schedule A to the District of Nevada for coordinated or consolidated pretrial proceedings with the action pending there and listed on Schedule A.[1/]  Lissie Nielsen, the plaintiff in each of these two actions, is the Section 1407 movant in this matter. Plaintiff now requests withdrawal of her motion, "pursuant to the terms of a settlement between the parties."

IT IS THEREFORE ORDERED that movant's request to withdraw her Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on June 14, 1988, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/]  The Section 1407 motion included an additional action -- Executive Management, Ltd. v. Charles F. Nielsen, et al., D. Nevada, C.A. No. 88-1857 LDG(RJJ) -- that has been remanded to Nevada state court and therefore would not be amenable to inclusion in centralized proceedings under Section 1407.

SCHEDULE A

<u>MDL-766 -- In re Litigation Involving Lissie Nielsen</u>

    <u>Central District of California</u>

       <u>Lissie Nielsen v. Marilyn Linton, et al.</u>, C.A. No. CV 87-8130-FFF

    <u>District of Nevada</u>

       <u>Lissie Nielsen v. Marilyn Linton, et al.</u>, C.A. No. CV-S-87-876-PMP